The People of the State of Illinois for the use of Dora Epstein, appellant, v. Albert J. Horan and Fidelity and Casualty Company of New York, appellees. Gen. No. 38,362.

638

Opinion filed December 16, 1935.

Krohn & MacDonald, for appellant; Stuart B. Krohn, of counsel. Mayer Goldberg, for appellees; Leonard L. Levin, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.